IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW KLEINSTEUBER and
LAURA KLEINSTEUBER,                          CASE NO.: _____

    Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL INSURANCE"), by and through its undersigned counsel, hereby files its Notice of Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal the following:

1.    On March 13, 2023, Plaintiffs, MATTHEW KLEINSTEUBER and LAURA KLEINSTEUBER ("Plaintiffs"), filed this action in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case No. 2023-CA-002110-O ("State Action").

2.    On March 28, 2023, FEDERAL INSURANCE was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

1

A. Notice of Service of Process;

B. Summons;

C. Plaintiff's Complaint;

D. Notice of Service of First Set of Interrogatories on Defendant and First Interrogatories to Defendant;

E. Plaintiff's First Request to Produce to Defendant;

F. Plaintiff's First Request for Admissions to Defendant;

G. Plaintiff's Notice of Taking Video Deposition Duces Tecum of Defendant's Designated Corporative Representative;

H. Plaintiff's Notice of Taking Video Deposition Duces Tecum of Defendant's Claim Adjuster;

I. Standing Case Management Plan and Order;

J. Defendant's Notice of Appearance and Designation of E-mail Addresses;

K. Defendant's Motion for Extension of Time to Respond to Plaintiffs' Complaint;

L. Agreed Order On Defendant's Motion for Extension of Time to Respond to Plaintiffs' Complaint;

M. Defendant's Answer and Affirmative Defenses;

N. Defendant's Response to Plaintiffs' First Request for Admissions;

O. Defendant's Motion for Extension of Time to Respond to Plaintiffs' Discovery;

    P.    Defendant's Notice of Serving First Set of Interrogatories to Plaintiff, Matthew Kleinsteuber;

    Q.    Defendant's Notice of Serving First Set of Interrogatories to Plaintiff, Laura Kleinsteuber;

    R.    Defendant's Certification and Notice of Filing Notice of Removal; and

    S.    Defendant's Notice of Removal to Opposing Counsel.

3.    This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division, which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

**DIVERSITY OF CITIZENSHIP**

4.    At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiffs (citizens of Florida) on the one hand and Defendant (not a Florida citizen) on the other.

5.    Plaintiffs have brought this action regarding the property located at 1711 South Summerlin Avenue, Orlando, Florida 32806. *See* Complaint ¶ 4.

6.    According to the Property Appraiser's website for Orange County, Florida, Plaintiffs own the subject property with a homestead exemption in Orange County, Florida and therefore, are citizens of the State of Florida. A copy of the subject property's detailed report showing the homesteaded property from Orange County Property Appraiser's website is attached as **Exhibit "2"**.

7. Accordingly, the Plaintiffs are a citizen of the State of Florida.

8. At all times material to this action, FEDERAL INSURANCE is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. FEDERAL INSURANCE was and is incorporated in the State of Indiana, having its principal place of business in the State of New Jersey. Accordingly, at all times material to this action, FEDERAL INSURANCE was and is a citizen of the States of Indiana and New Jersey for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

9. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

10. Plaintiffs brought an action against FEDERAL INSURANCE for breach of contract pursuant to the terms of an existing policy of insurance.

11. Plaintiff contends that Plaintiffs' property sustained direct physical damage, as a result of Hurricane Ian, to the insured dwelling and brings this action against FEDERAL INSURANCE for its failure to pay proceeds under the insurance policy for the damages. *See* Complaint ¶¶ 7, 21, 22.

12. Prior to filing suit, Plaintiff submitted an estimate from Advanced Claims Technologies in the amount of $252,100.42 in support of damages claimed to the subject property as a result of the loss referenced in the Complaint. **Exhibit "3,"** Advanced Claim Technologies estimate.

13. FEDERAL INSURANCE issued payment of $104,977.00 to Plaintiffs prior to the filing of the State Action.

14. On May 15, 2023, a settlement demand seeking $108,000.00 was provided to FEDERAL INSURANCE. **Exhibit "4."**

15. Thus, the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

16. The matter became removable on May 15, 2023, the date that the amount in controversy was identified.

17. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiffs and FEDERAL INSURANCE are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

18. FEDERAL INSURANCE has noticed the adverse party, Plaintiffs, of this Removal by notifying Plaintiffs' attorney of record.

19. FEDERAL INSURANCE has filed a written notice with the Clerk of the Court of the Ninth Judicial Circuit in and for Orange County, Florida in compliance with 28 U.S.C § 1446 (d).

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
Secondary: lfarrell@butler.legal

>400 N. Ashley Drive, Suite 2300
>Tampa, Florida 33602
>Telephone:   (813) 281-1900
>Facsimile:    (813) 281-0900
>*Attorneys for Federal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

>Anthony J. Gonzalez, Esq.
>Kanner & Pintaluga, P.A.
>2020 Ponce De Leon, PH2
>Coral Gables, FL 33134
>agonzalez@kpattorney.com
>kmorales@kpattorney.com
>FirstPartyEService@kpattorney.com
>*Attorneys for Plaintiffs*

>/s/ Thomas A. Keller
>THOMAS A. KELLER, ESQ.