**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW KLEINSTEUBER
and LAURA KLEINSTEUBER,

    Plaintiffs,

v.             Case No: 6:23-cv-979-GAP-EJK

FEDERAL INSURANCE
COMPANY,

    Defendant

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement (Doc. 29), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to

Local Rule 3.09(b), subject to the right of any party to move the Court within

sixty (60) days for the purpose of entering a stipulated form of final order or

judgment; or, on good cause shown, to reopen the case for further

proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is

directed to close this file.

  **DONE** and **ORDERED** in Chambers in Orlando, Florida on August 16,

2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties